```
                         United States Bankruptcy Court
                         Northern District of California
```

In re:                                                    Case No. 15-43690-CN
Virginio Leonel Garcia                                    Chapter 13
Lesslie Jeannette Garcia
        Debtors
                          **CERTIFICATE OF NOTICE**

District/off: 0971-4          User: tprorok           Page 1 of 1          Date Rcvd: Dec 04, 2015
                              Form ID: OFFIND         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2015.
db/jdb         +Virginio Leonel Garcia,   Lesslie Jeannette Garcia,   3968 Meadowbrook Circle,
                 Pittsburg, CA 94565-5545

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2015                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2015 at the address(es) listed below:
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
              Patrick L. Forte   on behalf of Joint Debtor Lesslie Jeannette Garcia pat@patforte.com
              Patrick L. Forte   on behalf of Debtor Virginio Leonel Garcia pat@patforte.com
                                                                                             TOTAL: 4

Form OFFIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Virginio Leonel Garcia and Lesslie Jeannette Garcia | Case No.: 15–43690 CN 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER TO FILE REQUIRED DOCUMENTS
## NOTICE RE AUTOMATIC DISMISSAL

The debtor(s) named above failed to file the documents listed below.

☐ List of Creditors
☐ Individual Debtor's Statement of Compliance with Credit Counseling Requirement (Official Form 101)
☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
☑ Schedule A/B – Property (Official Form 106A/B)
☑ Schedule C – Property Claimed as Exempt (Official Form 106C)
☑ Schedule D – Creditors Holding Secured Claims (Official Form 106D)
☑ Schedule E/F – Creditors Who Have Unsecured Claims (Official Form 106E/F)
☑ Schedule G – Executory Contracts and Unexpired Leases (Official Form 106G)
☑ Schedule H – Your Codebtors (Official Form 106H)
☑ Schedule I – Your Income (Official Form 106I)
☑ Schedule J – Your Expenses (Official Form 106J)
☐ Schedule J–2 Expenses for Separate Household of Debtor 2 (Official Form 106J–2)
☑ Declaration About an Individual Debtor.s Schedules (Official Form 106Dec)
☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
☐ Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation, or Statement of Exemption from Presumption of Abuse Under §707(b)(2) (Official Forms 122A–1 and 122A–2, or 122A–1Supp)
☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period, and Calculation of Your Disposable Income (Official Forms 122 C–1 and 122C–2)
☐ Chapter 13 Plan
☐

IT IS HEREBY ORDERED that unless within 14 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court WILL DISMISS this case without further notice or hearing.

IT IS HEREBY ORDERED that unless WITHIN 45 DAYS AFTER THE PETITION DATE, the debtor(s) either: (a) files the documents prescribed in 11 U.S.C. §521(a)(1); (b) files a written request under 11 U.S.C. §521(i)(3) for additional time to do so; or (c) OBTAINS AN ORDER excusing the filing of the documents, THIS CASE WILL BE AUTOMATICALLY DISMISSED, pursuant to 11 U.S.C. §521(i).

Dated: 12/4/15

By the Court:

Charles Novack
United States Bankruptcy Judge