JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Wells Fargo Bank, N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: | Case Number: 15-43690-CN |
| **Lesslie Jeannette Garcia** | |
| **Virginio Leonel Garcia**, | Chapter: 13 |
| Debtors. | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wells Fargo Bank, N.A., its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wells Fargo Bank, N.A., its assignees and/or successors must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 2/3/2016                                  McCarthy & Holthus, LLP

                                                 By: /s/ Kristin A. Zilberstein, Esq.
                                                     Kristin A. Zilberstein, Esq.,
                                                     Attorneys for Wells Fargo Bank, N.A., its
                                                     assignees and/or successors

M&H File No. CA-16-122887

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Kristin A. Zilberstein, Esq. SBN 200041 |
|   | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
|   | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4811 |
| 6 | Attorneys for Wells Fargo Bank, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | ) Case No. 15-43690-CN |
| | ) |
| Lesslie Jeannette Garcia | ) Chapter 13 |
| Virginio Leonel Garcia, | ) |
| | ) **CERTIFICATE OF SERVICE OF** |
| Debtors. | ) **REQUEST FOR SPECIAL NOTICE** |
| | ) |
| | ) Judge: Charles Novack |

# CERTIFICATE OF SERVICE

On 2/3/2016, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by electronic means through the Court's ECF program

**US TRUSTEE**
USTPRegion17.OA.ECF@usdoj.gov

**DEBTOR(S) COUNSEL**
Patrick L. Forte
pat@patforte.com

**TRUSTEE**
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Rhonda Giere
Rhonda Giere

On 2/3/2016, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Lesslie Jeannette Garcia, 3968 Meadowbrook Circle, Pittsburg, CA 94565

Virginio Leonel Garcia, 3968 Meadowbrook Circle, Pittsburg, CA 94565

DEBTOR(S) COUNSEL
Patrick L. Forte, Law Offices of Patrick L. Forte, 1624 Franklin St. #911, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 5004, Hayward, CA 94540

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 2/3/2016    /s/ Christian Aguilar
Christian Aguilar

2

File No. CA-16-122887
Certificate of Service, Case No. 15-43690-CN
Case: 15-43690    Doc# 26    Filed: 02/03/16    Entered: 02/03/16 10:41:16    Page 3 of 3