```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-43690 CN** |
| **VIRGINIO LEONEL GARCIA and LESSLIE JEANNETTE GARCIA,** | **Chapter 13** |
| Debtors. | **MOTION TO WITHDRAW AS COUNSEL** |

    The Law Offices of Patrick L. Forte, attorney for debtors, hereby moves this Court for an Order authorizing him to withdraw as counsel of record for the debtors. This motion is brought pursuant to Local Rule 9014-1 and is based on this Motion to Withdraw, Notice of Motion to Withdraw, and the Declaration of Patrick L. Forte, the Ex Parte Motion for Order Shortening Time, and the Declaration of Patrick L. Forte in Support of Ex Parte Motion for Order Shortening Time filed herewith..

Dated: April 5, 2017

                                                /s/ Patrick L. Forte
                                                PATRICK L. FORTE
                                                Attorney for Debtors