PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**VIRGINIO LEONEL GARCIA and
LESSLIE JEANNETTE GARCIA,**

            **Debtors.**

                                /

Case No. 15-43690 CN

Chapter 13

**DECLARATION OF PATRICK L. FORTE
IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL**

I, Patrick L. Forte, declare:

1. I am an attorney licensed to practice before this Court and I am the attorney for the above named debtors. I have personal knowledge of the facts set out below and if called as a witness I could competently testify to the following facts.

2. Debtors are getting divorced. They have differing opinions regarding their Chapter 13 case. A conflict of interest has arisen between my clients such that, ethically, I can no longer represent them.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 5, 2017, at Oakland, California.

                                                /s/ Patrick L. Forte
                                                   PATRICK L. FORTE
                                                   Attorney for Debtors