```
1  PATRICK L. FORTE, #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, Suite 911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354
4

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 15-43690 CN** |
| **VIRGINIO LEONEL GARCIA and LESSLIE JEANNETTE GARCIA,** | **Chapter 13** |
| | **EX PARTE MOTION FOR ORDER SHORTENING TIME OF NOTICE AND OPPORTUNITY FOR HEARING RE MOTION TO WITHDRAW AS COUNSEL** |
| **Debtors.** | |
| _____/ | |

Patrick L. Forte, attorney for debtors, moves the Court for an Order shortening the time for service of the Notice & Opportunity for Hearing re the Motion to Withdraw as Counsel to seven (7) days. The motion is based on the documents filed in this case and the Declaration of Patrick L. Forte filed herewith.

Dated: April 5, 2017

                                  /s/ Patrick L. Forte
                                  PATRICK L. FORTE
                                  Attorney for Debtors

Page 1 of 1

Case: 15-43690    Doc# 40    Filed: 04/05/17    Entered: 04/05/17 16:10:02    Page 1 of 1