

PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed April 10, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 15-43690 CN |
| **VIRGINIO LEONEL GARCIA and LESSLIE JEANNETTE GARCIA,** | Chapter 13 |
| Debtors. _____/ | **ORDER SHORTENING TIME OF NOTICE AND OPPORTUNITY FOR HEARING RE MOTION TO WITHDRAW AS COUNSEL** |

    Upon reviewing and considering the Ex Parte Motion For Order Shortening Time of Notice and Opportunity for Hearing Re Motion to Withdraw As Counsel, and good cause appearing therefor,

    IT IS ORDERED that the time for service of the Notice & Opportunity for Hearing re the Motion to Withdraw as Counsel, docket entry #40, is shortened to seven (7) days.

**END OF ORDER**

## COURT SERVICE LIST

'No physical service required'