
1  PATRICK L. FORTE #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, Suite 911
   Oakland, CA 94612
3  Telephone: (510) 465-3328
   Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed May 4, 2017

Attorneys for Debtors

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 15-43690 CN |
|---|---|
| **VIRGINO LEONEL GARCIA and LESSLIE JEANNETTE GARCIA,** | Chapter 13 |
| Debtors. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |
| _____/ | |

The above named debtors having served a Motion to Withdraw As Counsel, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that The Law Offices of Patrick L. Forte's request to withdraw as counsel of record is granted.

\*\*END OF ORDER\*\*

**COURT SERVICE LIST**

'No physical service required'